```
                         THIS ORDER IS
                         APPROVED.
```


1  Eric Slocum Sparks
   Arizona State Bar No. 11726          **Dated: September 22, 2009**
2  LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
   110 South Church Avenue #2270
3  Tucson, Arizona  85701
   Telephone (520) 623-8330
4  Facsimile (520) 623-9157            _____
   eric@ericslocumsparkspc.com              **JAMES M. MARLAR**
5                                           **Chief Bankruptcy Judge**

6  Attorney for Debtors

7
                    IN THE UNITED STATES BANKRUPTCY COURT
8
                         FOR THE DISTRICT OF ARIZONA
9
   In re:                            )
10                                   )   No. 4-07-bk-02466-JMM
   JOHN R. MACY and                  )
11 MARJORIE M. MACY,                 )
                                     )   (Chapter 13)
12                                   )
          Debtors.                   )   **ORDER EXTENDING TIME TO SUBMIT**
13                                       **STIPULATED ORDER CONFIRMING**
                                         **CHAPTER 13 PLAN TO CHAPTER 13**
14                                       **TRUSTEE**

15
          This matter having come before the Court on the Debtors' motion to extend the time to submit
16
   their Stipulated Order Confirming their Chapter 13 Plan for 45 days and good cause appearing;
17
          IT IS THEREFORE ORDERED that the debtors motion to extend the time to submit their
18
   Stipulated Order Confirming their Chapter 13 Plan for 45 days is GRANTED.
19

20

21
                                           DATED, SIGNED AND ORDERED ABOVE
22