**THIS ORDER IS APPROVED.**

**TIFFANY & BOSCO** P.A.

Dated: November 23, 2009



2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-65451/1300018109

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 4:07-bk-02466-JMM |
| John R. Macy and Marjorie M. Macy<br>Debtors. | Chapter 13 |
| America's Servicing Company | ORDER APPROVING STIPULATION FOR REMOVAL OF BANKRUPTCY STAY |
| Movant,<br>vs. | (Related to docket # 43) |
| John R. Macy and Marjorie M. Macy, Debtors;<br>Dianne C. Kerns, Trustee.<br><br>Respondents. | |

IT IS HEREBY ORDERED by and between the parties herein, through counsel undersigned, that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section 362(a), are hereby vacated effective immediately with respect to the real property which is the subject of the Deed of Trust recorded , at Recorders No. , in the records of the Pima County, Arizona Recorder's

Office, wherein John R. Macy and Marjorie M. Macy, are designated as trustors and America's Servicing Company is the beneficiary/successor beneficiary, which Deed of Trust encumbers the following described real property:

> Lot 11-A, of CATALINA VILLAGE SUBDIVISION NO. 3, a subdivision of Pima County, Arizona, according to the Map of Record in the Pima County Recorder's Office in Book 10 of Maps at Page 26.

IT IS FURTHER ORDERED that the debtors has no desire to maintain or keep the property and has decided to surrender his interest in the property legally described herein.

IT IS FURTHER ORDERED that Movant is now permitted, in its discretion to commence or conduct a Trustee's Sale, commence judicial foreclosure, or take whatever other actions necessary to protect their interest in the above legally described property.

IT IS FURTHER ORDERED that an Order Lifting Stay will remain in full force and effect in any bankruptcy chapter to which the Debtor may convert.

IT IS FURTHER ORDERED that any hearing scheduled in the matter are vacated.

DATED this _____ day of _____, 2009.

                                                   _____
                                                   UNITED STATES BANKRUPTCY JUDGE